UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROFESSIONAL CARE, | No. C 05-02452 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CITY OF WALNUT CREEK, | |
| Defendant. _____/ | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 6, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is January 31, 2006.

DESIGNATION OF EXPERTS: 12/2/05; REBUTTAL: 12/16/05.
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 31, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by February 3, 2006;

        Opp. Due February 17, 2006;  Reply Due February 24, 2006;

         and set for hearing no later than March 10, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 4, 2006 at 3:30 PM.

JURY TRIAL DATE: April 17, 2006 at 8:30 AM.,
        Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be three days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The ENE session shall occur in early December 2005.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 10/17/05

SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California