James J. Ficenec (SBN - 152172)
Richard M. McNeely (SBN – 066815)
SELLAR, HAZARD, McNEELY & MANNING
A Professional Law Corporation
1111 Civic Drive, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 938-1430
Facsimile: (925) 256-7508
Email: jficenec@sellarlaw.com

**Attorneys for:**
Plaintiffs Professional Care Management, Inc. dba Belinda M. Designs, and Belinda McNeely

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROFESSIONAL CARE MANAGEMENT, INC. dba BELINDA M. DESIGNS, and BELINDA McNEELY,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF WALNUT CREEK,<br><br>Defendant. | Case No.: C 05-02452 SI<br><br>**STIPULATION FOR CONTINUANCE OF ENE SESSION** |

Counsel for plaintiffs Professional Care Management, Inc. dba Belinda M. Designs, and Belinda McNeely is currently in trial in the Alameda County Superior Court.

It is hereby stipulated, by and between the parties in this matter, by and between their attorneys of record,

That the Court may continue the ENE session in this matter currently set for December 15, 2005 to January 3, 2006.

IT IS HEREBY STIPULATED.

DATED: December 14, 2005

SELLAR, HAZARD,
McNEELY & MANNING

_____
RICHARD M. McNEELY
Attorneys for plaintiffs Professional Care
Management, Inc. dba Belinda M. Designs,
and Belinda McNeely

DATED: December 14, 2005

MCNAMARA, DODGE, NEY, BEATTY,
SLATTERY & PFALZER

_____
JENNIFER A. PHILLIPS
Attorneys for defendant City of Walnut Creek

IT IS SO ORDERED.

DATED: December ___, 2005

_____
Susan Illston
United States

*IT IS SO ORDERED — Judge Susan Illston — United States District Court, Northern District of California*

- 2 -

STIPULATION FOR CONTINUANCE OF ENE SESSION

25075

Case No. C 05-02452 SI