MARTIN J. AMBACHER (State Bar No. 144596)
GARY A. WATT (State Bar No. 191265)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

E-Mail: martin.ambacher@mcnamaralaw.com
gary.watt@mcnamaralaw.com

Attorneys for Defendant
CITY OF WALNUT CREEK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROFESSIONAL CARE MANAGEMENT, INC. dba BELINDA M. DESIGNS, and BELINDA McNEELY,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF WALNUT CREEK,<br><br>Defendant. | Case No. C05-02452<br><br>**STIPULATION & REQUEST FOR BRIEF CONTINUANCE OF MOTION DATES & [PROPOSED] ORDER THEREON** |

TO THE HONORABLE JUDGE ILLSTON:

By stipulation, the parties to this action hereby jointly request a minor continuance of the motion, briefing, and hearing deadlines for good cause and in good faith, as follows:

Since the recent case management conference, the parties stayed depositions to further explore settlement;

A settlement offer is pending and the City is considering same;

Depositions are no longer stayed, and Plaintiff is currently taking depositions of City of Walnut Creek employees;

Those depositions are likely to produce evidence admissible in support of, or in defense

Stipulation & Request For Brief Continuance of
Case Management Dates

1 of, the City of Walnut Creek's summary judgment motion;

2 Those depositions will not be completed until February 15, 2006;

3 As a result, the parties stipulate to the following, proposed, minor continuance of the current relevant case management dates:

| Item | Current Date | Proposed New Date |
|---|---|---|
| City's MSJ | 2/3/06 | 2/15/06 |
| Plaintiff's Opposition | 2/17/06 | 3/1/06 |
| City's Reply | 2/24/06 | 3/7/06 |
| Hearing | 3/10/06 | 3/17/06 |
| Pretrial Conference | 4/4/06 | **No change.** |
| Trial | 4/17/06 | **No change.** |

Alternatively, the parties stipulate to a lesser continuance, as the Court sees appropriate under the circumstances.

There have been no prior requests for continuances.

Dated: January 25, 2006        SELLAR, HAZARD, MCNEELY & MANNING

By: _____/s/_____
James Ficenec
Attorneys for PROFESSIONAL CARE MANAGEMENT, INC. dba BELINDA M. DESIGNS, and BELINDA McNEELY

Dated: January 25, 2006        McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____[signature]_____
Martin J. Ambacher
Gary A. Watt
Attorneys for Defendant
CITY OF WALNUT CREEK

Stipulation & Request For Brief Continuance of        2
Case Management Dates

## ORDER RE CONTINUANCE OF CASE MANAGEMENT DATES

The stipulated request for continuance of the current dispositive motion and related dates is hereby:

[GRANTED]

[DENIED]

Good cause appearing, and the parties so stipulating, the current dates are amended as follows:

| Item | Current Date | New Date |
|---|---|---|
| City's MSJ | 2/3/06 | [2/15/06] or [_____] |
| Plaintiff's Opposition | 2/17/06 | [3/1/06] or [_____] |
| City's Reply | 2/24/06 | [3/7/06] or [_____] |
| Hearing | 3/10/06 | [3/17/06] or [_____] |
| Pretrial Conference | 4/4/06 | [No change] or [_____] |
| Trial | 4/17/06 | [No change] or [_____] |

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Susan Illston,
Judge Of The United States District Court
For The Northern District of California

The pretrial filing deadlines have been extended to March 28, 2006.

K:\CWC\4280 -\MSJ\Stipulation for Motion Continuance.doc

Stipulation & Request For Brief Continuance of Case Management Dates       3