1   James J. Ficenec (SBN - 152172)
    SELLAR, HAZARD, McNEELY & MANNING
2   A Professional Law Corporation
    1111 Civic Drive, Suite 300
3   Walnut Creek, CA  94596
    Telephone:     (925) 938-1430
4   Facsimile:     (925) 256-7508
    Email:         jficenec@sellarlaw.com
5
    **Attorneys for**:
6   Plaintiffs Professional Care Management, Inc. dba
    Belinda M. Designs, and Belinda McNeely
7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11  PROFESSIONAL CARE MANAGEMENT, INC.        Case No.: C 05-02452 SI
    dba BELINDA M. DESIGNS, and BELINDA
12  McNEELY,                                   **NOTICE OF SETTLEMENT**

13                 Plaintiffs,

14      vs.

15  CITY OF WALNUT CREEK,

16                 Defendant.

17

18      Plaintiff hereby provides the Court notice that the parties have agreed to settle this action and

19  are presently working on a written settlement agreement to fully document the terms of the settlement.

20  The parties request that the court vacate the trial date and set this matter for review or conditional

21  dismissal in 30 days.

22  DATED:  March 29, 2006

23                                              SELLAR, HAZARD, McNEELY & MANNING

24

25

26                                              JAMES J. FICENEC
                                                Attorney For Plaintiffs Professional Care Management,
27                                              Inc. dba Belinda M. Designs, and Belinda McNeely

28



IT IS SO ORDERED
Judge Susan Illston

25928

                                    - 1 -

                    NOTICE OF SETTLEMENT

                                                Case No. C 05-02452 SI

**PROOF OF SERVICE**

1  I, Kristin Metler, declare:

2  I am employed in the County of Contra Costa, California in the offices of a member of the Bar

3  of this Court, at whose direction this service was made. My business address is 1111 Civic Drive,

4  Suite 300, Walnut Creek, California. I am over the age of eighteen years and not a party to this action.

5  On the date given, I served the following document(s):

6  **NOTICE OF SETTLEMENT**

7  in the case entitled: Professional Care Management, Inc., et al. v. City of Walnut Creek, et al.,

8  UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, Case No. C 05-

9  02452 SI, on all interested parties through their attorneys of record by placing a true and correct copy

10  thereof addressed as shown on the attached service list, as designated below

**(SEE ATTACHED SERVICE LIST)**

__xx__  BY FIRST CLASS MAIL (C.C.P. §§1013A, et seq.):
I caused said document(s) to be deposited in the United States Mail in a sealed envelope with postage fully prepaid at Walnut Creek, California, following the ordinary practice at my place of business of collection and processing of mail on the same day as shown on this declaration.

_____  BY FACSIMILE (C.C.P. §§1012.5, et seq)
I served such document(s) by fax to the fax number(s) provided by each of the parties in this litigation at Walnut Creek, California. I received a confirmation sheet indicating said fax was transmitted completely.

_____  OVERNIGHT DELIVERY
I caused such envelope to be delivered to the addresses identified on the attached service list by means of an overnight delivery service pursuant to California Code of Civil Procedure Section 1013

_____  BY PERSONAL SERVICE
I delivered such envelope by hand to the offices of the addressee.
Messenger Service: ONE HOUR DELIVERY

_____  BY ELECTRONIC SERVICE (C.C.P. §187):
I caused said document to be served using LexisNexis File & Serve/One Legal File & Serve.

I declare under the penalty of perjury, under the laws of the United States of America, that the above is true and correct.

DATED: March 29, 2006

_Kristin Metler_
Kristin Metler

- 2 -

NOTICE OF SETTLEMENT

25928

Case No. C 05-02452 SI

**Case Name:** Professional Care Management, Inc., et al. v. City of Walnut Creek, et al.
**Case No.:** UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
Case No. C 05-02452 SI

---

Jennifer A. Phillips
McNamara, Dodge, Ney, Beatty, Slattery &
Pfalzer LLP
Post Office Box 5288
Walnut Creek, CA 94596

**Attorney For:** Defendant City of Walnut Creek
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

- 3 -

NOTICE OF SETTLEMENT

25928

Case No. C 05-02452 SI